IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Plaintiff, | * |
| vs. | *    CR. NO.: 16-10082-STA |
| WILLIAM FARRELL RUSSELL, | * |
| Defendant. | * |

ORDER GRANTING MOTION FOR RELIEF FROM SCHEDULING ORDER
AND SETTING REPORT DATE/SCHEDULING CONFERENCE

Upon Motion of the Defendant, with agreement by the Government, the Court hereby **GRANTS** Defendant's motion for relief from the scheduling order and current trial date. The Federal Public Defender's Office was recently reappointed to represent the Defendant. A **Report Date/Scheduling Conference** is hereby **SET** in this matter for: **FRIDAY, AUGUST 11, 2017** at 9:00a.m. A new trial date will be determined and set at that time.

**IT IS SO ORDERED**, this the 24th day of July, 2017.

s/ S. Thomas Anderson
HONORABLE S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT COURT JUDGE