IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| UNITED STATES OF AMERICA, | * | |
|---|---|---|
| Plaintiff, | * | |
| vs. | * | CR. NO.: 16-10082-STA |
| WILLIAM FARRELL RUSSELL, | * | |
| Defendant. | * | |

ORDER GRANTING MOTION TO CONTINUE HEARING ON MOTION TO SUPPRESS
AND NOTICE OF RESETTING

Upon Motion of the Defendant, for good grounds shown and there being no objection by the Government, the Court hereby **GRANTS** Defendant's motion to continue the hearing on the Motion to Suppress.

The Motion shall be set for the 29th day of October, 2018 at 1:30p.m.

**IT IS SO ORDERED**, this the 18th day of October, 2018.

s/S. Thomas Anderson
HONORABLE S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT COURT JUDGE