IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Cr. No. <u>1:16-CR-10082-STA</u> |
| v. | ) | |
| | ) | |
| WILLIAM FARRELL RUSSELL, | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER AND NOTICE OF RESETTING

The United States has moved this Court to grant a motion for continuance of the suppression hearing set in the above-referenced matter, which is scheduled for Monday, December 3rd, 2018, at 1:30 p.m. as well as a thirty day continuance for the government to file a response to the sealed supplement filed by defendant.

Wherefore, for good cause, the motion is granted and the suppression hearing is continued to **Tuesday, January 15, 2019 at 2:00pm.**

IT IS SO ORDERED this 27th day of November, 2018.

s/S. Thomas Anderson
S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT COURT JUDGE

1